UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS BOATRIGHT, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 18-cv-03157-BLF<br><br>**ORDER VACATING HEARING ON MOTION TO REMAND SCHEDULED FOR SEPTEMBER 20, 2018** |

Plaintiffs Thomas and Diane Boatright have filed a motion to remand to Santa Clara Superior Court, which currently is scheduled for a hearing on September 20, 2018 at 9:00 A.M. *See* ECF 12. The Court finds that the motion to remand is appropriate for submission without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for September 20, 2018 is VACATED.

**IT IS SO ORDERED.**

Dated: September 13, 2018

_____
BETH LABSON FREEMAN
United States District Judge